UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT EVANS, | Case No. 19-cv-08025-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| PRESIDIO TRUST, | |
| Defendant. | Re: Dkt. Nos. 31, 32 |

Pending before the Court is Plaintiff Robert Evan's administrative motion to extend the deadline to file his opposition to Defendant Presidio Trust's motion to dismiss. Dkt. Nos. 31, 32. Plaintiff explains that he needs further time to prepare his opposition given the complexity of the legal issues raised in the motion to dismiss. *See* Dkt. No. 31. Plaintiff thus requests that the Court extend the opposition deadline from September 18, 2020, to November 28, 2020. *Id.* at 2. The Court finds that some additional time is warranted under the circumstances, but finds no basis to extend the deadline by an additional ten weeks. This case has been pending since December 2019, Plaintiff has already had an opportunity to amend the complaint to address its deficiencies, and the pleadings are still not finalized. Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** the motion to extend the deadline: Plaintiff shall file his opposition to the motion to dismiss by October 16, 2020. The Court cautions Plaintiff that no further extensions of time will be granted.

Plaintiff is encouraged to seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants. More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help. Remote appointments

1  may be scheduled either over the phone at (415) 782-8982 or by email at
2  federalprobonoproject@sfbar.org.
3  **IT IS SO ORDERED.**
4  Dated:  9/15/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge